MARCUS TENENHAUS, Respondent, v. KATE GLAZER and "JOHN" GLAZER, etc., Appellants.— Motion to withdraw appeal granted upon condition that appellants pay respondent taxable costs and disbursements. Present — Young, Kapper, Hagarty, Seeger and Carswell, JJ.

INEZ I. TERRELL, Respondent, v. CLARENCE J. SQUIRES, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1928, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Young, Kapper, Hagarty, Seeger and Carswell, JJ.

VILLAGE OF SPRING VALLEY, Appellant, v. ERIE RAILROAD COMPANY, Respondent, and Another, Defendant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Kapper, Hagarty, Seeger and Carswell, JJ.

ISIDOR H. VOGEL, Respondent, v. MAX SPELREIN and MOE MANOWITZ, Appellants.— Motion for stay granted. Present — Young, Kapper, Hagarty, Seeger and Carswell, JJ.

ISIDOR H. VOGEL, Respondent, v. MAX SPELREIN and MOE MANOWITZ, Appellants.— Motion for stay granted. Present — Young, Kapper, Hagarty, Seeger and Carswell, JJ..

ANNA G. WALSH, Respondent, v. JEANETTE RUSSELL, as Administratrix, etc., of LYMAN RUSSELL, Deceased, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Young, Kapper, Hagarty, Seeger and Carswell, JJ.

BARD-PARKER Co., INC., Respondent, v. N. S. Low & Co., INC., Appellant, Impleaded with Others, Defendants.— Order denying defendant's [appellant's] motion to vacate notice of examination before trial affirmed, with ten dollars costs and disbursements. No opinion. Rich, Kapper, Hagarty and Seeger, JJ., concur; Lazansky, P. J., dissents, being of opinion that the examination goes far afield of plaintiff's cause of action and prayer for relief.

ANNA C. BENZ, an Infant, by GEORGE F. BENZ, Her Guardian ad Litem, Respondent, v. JAMES E. LOUGH, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

GEORGE F. BENZ, as Administrator, etc., of NORMAN C. BENZ, Deceased, Respondent, v. JAMES E. LOUGH, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

FRED BROOKS and GRACE BROOKS, Respondents, v. ROBERT WHEELER, Appellant.— Judgment affirmed, with costs. No opinion. Young, Rich, Hagarty and Seeger, JJ., concur; Kapper, J., dissents.

JOHN W. BROWNLEE, Respondent, v. FREDERICK ROEBER COMPANY, INC., Appellant.— Judgment, and order denying motion for a new trial, reversed upon the law and the facts and a new trial granted, costs to abide the event, unless the plaintiff, within twenty days from the entry of the order herein, stipulate to reduce the recovery of damages to the sum of $1,000; in which event the judgment as so modified, and the order, are unanimously affirmed, without costs. Young, Rich, Kapper, Hagarty and Seeger, JJ., concur.

HARRY S. CLARKE, Respondent, v. FREDERICK J. PETERS, Appellant.— Order